UNITED STATES DISTRICT COURT
District of Columbia

Robert J. Hickey
5601 Lambeth Road
Bethesda, Maryland 20814
*Plaintiff*

Vs.   Case No. 07-cv-01866

Charlene Scott
324 Sheperd Street NW
Washington, DC 20011
*Defendant*

## *AFFIDAVIT OF SERVICE BY PROCESS SERVER*

I, **John TerBush**, having been duly authorized to make service of Summons, Notice of Right to Consent to Trial before United States Magistrate Judge, Initial Electronic Filing Order and Verified Complaint in the above entitled case, hereby depose and say:

That I am over the age of 18 and not a party to this case.

That my business address is 1050 17th Street, NW, Suite 700, Washington, DC 20036.

That at 2:24 pm, on the 27th day of October, 2007:

I served the defendant, Charlene Scott, by leaving a copy of the Summons, Notice of Right to Consent to Trial before United States Magistrate Judge, Initial Electronic Filing Order and Verified Complaint in the above referenced case with Timothy Beck, grandson of defendant Charlene Scott, at the defendant's residence, 324 Shepherd Street, NW, Washington, DC. The person served, a teen-aged black male, 5 foot 9 inches in height and 165 lbs. in weight,, states that he is Timothy Beck, the grandson of Charlene Scott and that he is 18 years of age, that the defendant was present at the residence but sick and bedridden, and he accepts service for the defendant, Charlene Scott.

_____
John TerBush, Process Server

SUBSCRIBED AND SWORN TO before me on this 29th day of October 2007, a Notary Public for _____District of Columbia_____.

_____
Notary Public

KENNETH V. CUMMINS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2009

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 27 OCTOBER 2007 |
| NAME OF SERVER (PRINT) JOHN TERBUSH | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: __TIMOTHY BECK__

G   Returned unexecuted: _____

G   Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __27 OCT - 2007__    _John TerBush_
                Date                           Signature of Server

__1050 - 17TH ST., WASHINGTON, DC__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.