United States District Court
For the District of Columbia

**RECEIVED**
DEC 3 2007
NANCY MAYER WHITTINGTON, Cl
U.S. DISTRICT COURT

**Robert J. Hickey**
5601 Lambeth Road
Bethesda, Maryland 20814
202-659-0536

**Plaintiff**

Case: 1:07-cv-01866 (JDB)

**Charlene Scott**            v.
324 Shepherd Street, NW
Washington, D.C. 2011
202-291-0518

**Defendant**

## RESPONSE IN OPPOSITION TO PLAINTIFF'S "MOTION FOR JUDGEMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO STRIKE DEFENDANT'S "ANSWER IN WHOLE OR IN PART"

I respectfully request the Court to deny Mr. Hickey's request for "Judgment on the Pleadings, or, in the Alternative, To Strike Defendant's Answer in Whole or in Part". Further, his request for Entry of Default Judgment is without merit. To allow Mr. Hickey's Motion and to grant his default judgment would curtail the process of justice. It is important that this process be allowed to continue.

As I informed the Court, I am not presently represented by counsel. Attached is an enclosed amendment that I request the Court to accept.

Respectfully submitted,

*Charlene E. Scott*
Charlene E. Scott
324 Shepherd Street, NW
Washington, D.C. 20011
(202) 291-0518

## Certificate

The undersigned certifies to the U.S. District Court for the District of Columbia that this document is correct and true to the best of my knowledge.

A copy was mailed to the Plaintiff, Mr. Robert J. Hickey, Law Offices of Robert J. Hickey, 733 15th Street, NW Suite 700, Washington, D.C. 20005, on the date of November 30, 2007.

*Charlene E. Scott*
Charlene E. Scott

11/30/07
Date