United States District Court
For the District of Columbia

**RECEIVED**
DEC 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Robert J. Hickey**
**5601 Lambeth Road**
**Bethesda, Maryland 20814**
**202-659-0536**
                      **Plaintiff**

Case: 1:07-cv-01866 (JDB)

**Charlene Scott**           v.
**324 Shepherd Street, NW**
**Washington, D.C. 2011**
**202-291-0518**
                      **Defendant**

CORRECTION TO THE CERTIFICATION STATEMENT IN THE:

RESPONSE IN OPPOSITION TO PLAINTIFF'S "MOTION FOR JUDGEMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO STRIKE DEFENDANT'S "ANSWER IN WHOLE OR IN PART

AND

RESPONSE IN OPPOSITION TO PLAINTIFF'S "MOTION FOR JUDGEMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO STRIKE DEFENDANT'S "ANSWER IN WHOLE OR IN PART

On November 30, 2007, I filed the above referenced documents; however inadvertently mailed copies to the plaintiff to his old address of 733 15th Street, NW Washington. D.C. 20005.

I am resending that information with a corrected address of 1050 17th Street, NW, Suite 700 Washington, DC 20036 for the plaintiff.

I am sorry for any inconvenience that this may have caused.

Respectfully submitted,

*Charlene E. Scott*

Charlene E. Scott

## Certificate

The undersigned certifies to the U.S. District Court for the District of Columbia that this document is correct and true to the best of my knowledge.

A copy was mailed to the Plaintiff, Mr. Robert J. Hickey, Law Offices of Robert J. Hickey, 1050 17th Street, NW, Suite 700, Washington, D.C. 20036, on the date of December 6, 2007.

*Charlene E. Scott*

Charlene E. Scott

12/06/07
Date