United States District Court
For the District of Columbia

**RECEIVED**

JAN 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert J. Hickey
5601 Lambeth Road
Bethesda, Maryland 20814
202-659-0536                     **Plaintiff**              Case: 1:07-cv-01866 (JDB)


Charlene Scott                      v.
324 Shepherd Street, NW
Washington, D.C. 2011
202-291-0518
202-645-7003
                                   **Defendant**

## MOTION FOR A COURT APPOINTED ATTORNEY

I, the defendant, in the above captioned case, ask the court's

assistance with legal representation. I am gainfully employed; however I

am having difficulty in identifying an attorney with the type of expertise

that is required in this case which involves a contract dispute with a

former attorney who is bring the Complaint and an attorney who is willing and able

to present my counterclaim.

                                                  Respectfully submitted,

                                                  *Charlene E. Scott*
                                                  Charlene E. Scott

# Certificate

The undersigned certifies to the U.S. District Court for the District of Columbia that this document is correct and true to the best of my knowledge.

A copy was mailed to the Plaintiff, Mr. Robert J. Hickey, Law Offices of Robert J. Hickey, 1050 17th Street, NW, Suite 700, Washington, D.C. 20036, on the date of January 4, 2008.

*Charlene E. Scott*
Charlene E. Scott