United States District Court
For the District of Columbia

**RECEIVED**

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert J. Hickey
5601 Lambeth Road
Bethesda, Maryland 20814
202-659-0536

                 Plaintiff

Case: 1:07-cv-01866 (JDB)

Charlene Scott        v.
324 Shepherd Street, NW
Washington, D.C. 2011
202-291-0518

                 Defendant

## REPLY TO PLAINIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR A COURT APPOINTED ATTORNEY'S MOTION

The Plaintiff's opposition to the Defendant being represented by counsel is not understandable. As stated I, the defendant, do not have an attorney. It is not reasonable to assume otherwise. Plaintiff objects to the defendant's submissions and the lack of argument made by case law; however I am not an attorney and I am not attempting to practice law. What I have done is follow the guidelines as far as I am able, and state the facts as I know them.

I am a supervising social worker in the neglect and abuse system for the District government and have been since 2001, as the plaintiff knows or should know. I have not worked for the Superior Court since 2001. I work in Ward 8 which is quite a distance from downtown Washington, D.C. and have limited contact with attorneys practicing in the Superior Court. The attorneys that I do have irregular and professional contact with are attorneys in child welfare.

Any assistance that the U.S. District Court could provide in identifying an attorney is appreciated.

Respectfully submitted,

*Charlene E. Scott*

Charlene E. Scott

## Certificate

The undersigned certifies that a copy was mailed to the Plaintiff, Mr. Robert J. Hickey, Law Offices of Robert J. Hickey, 1050 17th Street, NW, Suite 700, Washington, D.C. 20036, on the date of January 17, 2008.

*Charlene E. Scott*
Charlene E. Scott

01/17/08
Date