UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT J. HICKEY )
5601 LAMBETH ROAD )
BETHESDA, MARYLAND 20814 )
202-659-0536 )
       **Plaintiff** )
           ) Case: 1:07-cv-01866 (JDB)
     v. )
CHARLENE SCOTT )
324 SHEPHERD STREET NW )
WASHINGTON, DC 20011 )
202-291-0518 )
       **Defendant** )

### STATUS REPORT

Pursuant to the Court's Order of January 8, 2008, Plaintiff Robert J. Hickey, pro se, hereby informs the Court of the status of the above-entitled matter as follows:

1. A settlement conference was held on February 11, 2008 before Magistrate Judge Alan Kay. However, no settlement was reached between the parties.

2. There is presently pending before this Court the following:

 **A. By the Plaintiff:**

  (1) **Motion For Default** filed on November 20, 2007 (if Defendant Charlene Scott's response of November 6, 2007 entitled "Answer" is deemed not a proper Answer within FRCP Rule 8(b) and (d)).

  (2) **Motion for Judgment on the Pleading or, in the Alternative, to Strike** filed on November 20, 2007 (if Defendant's response of November 6, 2007 is deemed a proper Answer within FRCP Rule 8). Defendant's Opposition entered December 4, 2007. Plaintiff's Reply filed December 13, 2007.

  (3) **Motion To Dismiss Defendant's "Answer To Complaint, Defenses and Counterclaim"** and, in the Alternative, Motion to Strike filed December 26,

2007 in response to Defendant's amendment dated November 30, 2007 (initially sent to the wrong address) and received December 7, 2007. Defendant filed a Response (Opposition) dated January 4, 2008, received on January 7, 2008 to which Plaintiff filed a Reply on January 15, 2008.

**B. By Defendant:**

(1) **Motion to Appoint Counsel** entered January 9, 2008. Opposition by Plaintiff filed January 11, 2008. Defendant's Reply filed January 18, 2008.

(2) **Amended Answer to Complaint, Defenses and Counterclaim**, entered December 4, 2007. No motion for leave was filed by Defendant with this. Plaintiff's Motion To Dismiss, see 2(A)(3) supra.

**C. By The Court (sua .sponte)**

In its January 8, 2008 **Order**, the Court sua .sponte raised an issue whether the jurisdictional amount requirement under 28 USC 1332 was met. This was discussed by Plaintiff in his initial footnote contained in Plaintiff's Reply to Defendant's Opposition filed on January 15, 2008.

The above should be resolved by the Court prior to a status or scheduling conference.

Respectfully submitted,

/S/ *Robert J Hickey*

Robert J. Hickey, Bar No. 42341
Law Office of Robert J. Hickey
1050 17th Street NW, Suite 700
Washington, DC 20036
202.659.0536 (office)
202.659.0537 (fax)
Attorney for Plaintiff, Pro Se

2

## CERTIFICATE OF SERVICE

I hereby certify that on this _7_th day of March, 2008, Plaintiff's Status Report was filed via the ECF system and by first class mail, postage prepaid to Defendant Charlene Scott, 324 Shepherd Street NW, Washington, DC 20011.

/S/ *Robert J. Hickey*

Robert J. Hickey
1050 17th Street NW, Suite 700
Washington, DC 20036