United States District Court
For the District of Columbia

RECEIVED
DEC 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert J. Hickey
5601 Lambeth Road
Bethesda, Maryland 20814
202-659-0536               Plaintiff            Case: 1:07-cv-01866 (JDB)

Leave to file GRANTED

/s/ John D. Bates — 1/2/08
John D. Bates
United States District Judge

Charlene Scott           v.
324 Shepherd Street, NW
Washington, D.C. 2011
202-291-0518
                        Defendant

## DEFENDANT'S RESPONSE TO PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S "MOTION FOR JUDGEMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO STRIKE DEFENDANT'S "ANSWER IN WHOLE OR IN PART"

In response to the Plaintiff's Reply dated with the Certification of Service of December 13, 2007, and received by me on December 18, 2007, I, the Defendant, submit the following:

**I amended my answer due to Mr. Hickey's objection that the proper**

**form was not used in my original answer. Again, I ask the Court to reject the**

---

I have informed the court and continue to state that I do not have an attorney in the present proceeding. Mr. Leon Swinson, whom the Plaintiff refers to, represented me in a matter which was before the EEOC. The Plaintiff in this case, Mr. Hickey, represented me before Mr. Swinson agreed to represent me. It is presumptive to state that because I stated on September 17, 2007 that "Mr. Swinson is still my attorney" that he represents me at this point or in this matter. On September 17, 2007, the present matter did not exist, as far as I know. Surely, if Mr. Hickey believed that I had an attorney, he would not continue to correspond with me directly. To be clear, I do not have an attorney at the present time.

RECEIVED
MAY 12 2008   Rec'd
              TO
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Plaintiff's Motion for Judgment or in the Alternative to Strike Defendant's Answer in Whole or in Part. Responses to the Plaintiff's allegations have been made. The information contained in my original answer is essential the same information as in the amended answer. Additionally, I submitted a Counterclaim.**

**2. I mailed my documents to Mr. Hickey in a timely fashion;** however in my haste and anxiety to respond, I sent the information to the address for Mr. Hickey most familiar to me. In the attached letter, Mr. Hickey wrote me on December 5, 2007, that he received my documents which had gone to his old address. He asked me in the same letter to forward all pleadings, documents, and correspondence to his new address and asked that I inform the Court of my mistake. Clearly, Mr. Hickey was in receipt of my documents and was aware of the contents by the date of his letter, December 5, 2007.

Mr. Hickey refers to two documents that he received, mailed in my single envelope. Mr. Hickey received the documents in a timely fashion. I had noticed my mistake and had already sent out the corrected information prior to even receiving Mr. Hickey's letter. I am not certain of the rules of service; however Mr. Hickey omits any claim of that he did not receive the documents in a timely fashion only that the documents had to be rerouted to him.

I ask the court not to find in favor of Mr. Hickey based on my clerical error which did not interfere with actual service.

**Conclusion**

Mr. Hickey's Motion should fail. My amended answer contained the same information as my original answer; although, I hope that my amended answer form is more acceptable to the court. Mr. Hickey's claim of an erroneous mailing did not affect service on Mr. Hickey.

                                                              Respectfully submitted,

                                                              */s/ Charlene E. Scott*

                                                              Charlene Scott

## Certificate

The undersigned certifies to the U.S. District Court for the District of Columbia that this document is correct and true to the best of my knowledge.

A copy was mailed to the Plaintiff, Mr. Robert J. Hickey, Law Offices of Robert J. Hickey, 1050 17th Street, NW, Suite 700, Washington, D.C. 20036, on the date of December 20, 2007.

Charlene E. Scott

*Charlene E. Scott*

LAW OFFICES

**ROBERT J. HICKEY**

SUITE 700
1050 17TH STREET, N.W.
WASHINGTON, D.C. 20036

(202) 659-0536
FAX: (202) 659-0537

December 5, 2007

Ms. Charlene Scott
324 Shepherd Street, NW
Washington, DC 20011

                Re: Hickey v. Scott
                Case: 1:07-cv-01866 (JDB)

Dear Ms. Scott:

I recently received two documents with Certificates both indicating that the documents were sent to my former address at 733 15th Street, NW. You have been informed since the end of December 2005 of my current address at 1050 17th Street, NW, Washington, DC 20036. In fact you have received repeated correspondence from me using that address and I believe you also visited that address. Accordingly, I would request that all pleadings, documents and correspondence be sent to this address. You should send me copies of any documents erroneously sent to the former address since the end of 2005. You should also inform the Clerk of the Court of your error.

                Yours truly,

                Robert J. Hickey