A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Robert J. Hickey

        Plaintiff(s)    )   **APPEARANCE**

        vs.    )   CASE NUMBER   1:07-CV-1866 (JDB)

Charlene Scott,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Vincent Melehy__ as counsel in this
               (Attorney's Name)

case for: __Charlene Scott__
        (Name of party or parties)

May 29, 2008
Date

*[Signature: Vincent Melehy]*
Signature

Vincent Melehy
Print Name

415849
BAR IDENTIFICATION

8403 Colesville Road, Suite 610
Address

Silver Spring, MD    20910
City    State    Zip Code

(301) 587-6364
Phone Number