# IN THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. HICKEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CHARLENE SCOTT, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 07-1866<br>(JDB)<br><br>JUDGE: BATES, J. |

_____

## MOTION TO ENTER APPEARANCE *PRO HAC VICE*

The Plaintiff, by her counsel, hereby requests that the Court enter an appearance *pro hac vice* of Regan Rush, of the law office of Melehy & Associates, LLC, as co-counsel for Defendant, Charlene Scott, in the above-captioned case pursuant to Local Court Rules 83.2(c)(1) and 83.2(d). In support of this Motion, the Plaintiff incorporates the attached declaration of Regan Rush.

WHEREFORE, Plaintiff respectfully requests that the Court permit Regan Rush to enter an appearance *pro hac vice* in the above-captioned case. A proposed Order is attached.

  __/s/ Vincent Melehy_____
Vincent Melehy
Melehy & Associates LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: (301) 587-6364
Fax: (301) 587-6308
*Counsel for Plaintiff*

## **DECLARATION**

I, Regan Rush, hereby declare that the following statements are true and correct to the best of my knowledge:

1. My full name is Regan Lindsay Rush,

2. My office address is 8403 Colesville Road, Suite 610, Silver Spring, MD 20910, and my office telephone number is (301) 587-6364,

3. Presently, I have been admitted to the State Bar of California, the Federal Bar for the Northern District of California, and the District of Columbia Bar.

4. I have been admitted *pro hac vice* to this Court once in the past two years.

I hereby certify that I have never been disciplined by any bar and I do not engage in the practice of law from an office located in the District of Columbia.

                                                                          /s/ Regan Rush_____
                                                                          Regan Rush

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2008, a copy of the foregoing Motion to Enter Appearance *Pro Hac Vice* was served electronically via the Court's electronic filing system to:

>Robert J. Hickey
>5601 Lambeth Road
>Behesda, MD 20814
>(301) 656-2364

>/s/ Vincent Melehy
>Vincent Melehy

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. HICKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 07-1866** |
| ) | **(JDB)** |
| ) | |
| CHARLENE SCOTT, ) | **JUDGE: BATES, J.** |
| ) | |
| Defendant. ) | |

_____

**ORDER**

After consideration of the Plaintiff's Motion to Enter Appearance *Pro Hac Vice* and any Opposition, it is this _____ day of _____, 2008,

ORDERED that the Motion is hereby granted.

_____
Judge John Bates
United States District Court Judge

Copies, via the Court's Electronic Filing System to:

Robert J. Hickey
*Attorney for Plaintiff*

Vincent Melehy
Regan Rush
*Attorneys for Defendant*