UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. HICKEY,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>CHARLENE SCOTT,<br><br>　　Defendant. | Civil Action No. 07-1866 (JDB) |

### ORDER

Pursuant to the agreement of the parties as set forth in the Joint Rule 16.3 Report, it is hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days; it is further

**ORDERED** that the proceedings before this Court are stayed pending further order of the Court; and it is further

**ORDERED** that the parties shall file a joint status report by not later than September 29, 2008, to indicate if a pre-trial schedule is needed.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: July 28, 2008