UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. HICKEY ) | |
| 5601 LAMBETH ROAD ) | |
| BETHESDA, MARYLAND 20814 ) | |
| 202-659-0536 ) | |
|           **Plaintiff** ) | |
| ) | Case: 1:07-cv-01866 (JDB) |
| v. ) | |
| CHARLENE SCOTT ) | |
| 324 SHEPHERD STREET NW ) | |
| WASHINGTON, DC 20011 ) | |
| 202-291-0518 ) | |
|           **Defendant** ) | |

**ERRATA**

1. Plaintiff Robert Hickey hereby submits this Errata to correct his Verified Complaint. Plaintiff had noticed that paragraph 12 of the Verified Complaint referred to March 20, **2005** which, in fact, should have read March 20, **2006**. The correct date had been brought to the Defendant's and the Court's attention in other pleadings, e.g., Plaintiff's Reply, page 6, footnote 5, filed January 15, 2006. To avoid any future ambiguity, Plaintiff is filing this Errata. Plaintiff has conferred with Defendant's attorney who has consented to it.

2. Plaintiff also submits this Errata to correct typographical case citation errors in Plaintiff's Opposition to Defendant's Motion for Leave filed July 25, 2006.

a. Page 2. <u>Acoste Mistre</u> should read <u>Acosta Mestre</u> (this correction should also be on the top of page 3). The correct full citation is <u>Acosta Mestre v. Hilton International</u>, 156 F 3d 49,52 (1st Cir 1998).

b. Page 2. The citation for <u>Block</u> should read 988 F2d 344 <u>not</u> 998 F2d 355.

c. Page 2. <u>Silverberg Glass Co</u>. should read <u>Silverberg Electric Co</u>.

d. Page 7/13. <u>Louisiana Hydrolic</u> should read <u>Louisiana Hydrolec.</u> Similarly <u>Hydroelectoric</u> on page 13 should read <u>Hydrolec.</u>

    e.  Page 11.  <u>Showen</u> should read <u>Sherwin.</u>

    f.  Page 12.  <u>Towne</u> should read <u>Alund.</u>

    g.  Page 15. <u>Pleaco</u> should read <u>Plesco.</u>

    h.  Page 15. <u>Okie Pockie</u> should read <u>Okie Dockie</u>

Plaintiff has conferred with Defendant's attorney who has consented to these changes.

    Respectfully submitted,

/S/_____
Robert J. Hickey, Bar No. 42341
Law Office of Robert J. Hickey
1050 17th Street NW, Suite 700
Washington, DC 20036
202.659.0536 (office)
202.659.0537 (fax)
Attorney for Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, a copy of the foregoing Plaintiff's Errata was served via the ECF system and by fax to:

Regan Rush, Esq.
Melehy & Associates LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Fax: (301) 587-6308

/s/_____
Robert J. Hickey