REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE M

| CAUSE OF ACTION: | 28:1332 Diversity-Breach of Contract | | | |
|---|---|---|---|---|
| CASE NO: 07-1866 | DATE REFERRED: 07/28/08  DISPOSITION DATE: | PURPOSE: Settlement Discussions | JUDGE: JOHN D. BATES | MAG. JUDGE ALAN KAY |

| PLAINTIFF(S): ROBERT J. HICKEY | DEFENDANT(S): CHARLENE SCOTT |
|---|---|

ENTRIES:

FOR A PERIOD NOT MORE THAN SIXTY (60) DAYS