UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. HICKEY,<br><br>　　　*Plaintiff,*<br><br>v.<br><br>CHARLENE SCOTT,<br><br>　　　*Defendant.* | Civil Case No. 07-1866 (JDB) |

### DEFENDANT'S MOTION FOR ATTORNEY'S FEES
### PURSUANT TO RULE 11 ORDER

Defendant Charlene Scott ("Scott"), by and through her undersigned counsel, and pursuant to this Court's September 16, 2010 Order, moves this Court for reasonable attorney's fees associated with the post-discovery defense of Plaintiff's counterclaims of fraud and abuse of process, including the filing of the motion for sanctions under Fed.R.Civ.P. 11, and filing of this motion for attorney's fees. Defendant is seeking the following:

Attorney's fees in the amount of $26,781.38 based on a total of 110.7 billable hours. The basis for Defendant's Motion for Attorney's Fees is more fully set forth in the supporting memorandum.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Omar Vincent Melehy
　　　　　　　　　　　　　　　　　　　Omar Vincent Melehy, Esq.
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 415849
　　　　　　　　　　　　　　　　　　　MELEHY & ASSOCIATES, LLC
　　　　　　　　　　　　　　　　　　　8403 Colesville Rd., Suite 610
　　　　　　　　　　　　　　　　　　　Silver Spring, MD 20910
　　　　　　　　　　　　　　　　　　　Phone: (301) 587-6364
　　　　　　　　　　　　　　　　　　　Fax:　 (301) 587-6308
　　　　　　　　　　　　　　　　　　　Email: ovmelehy@melehylaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*