# EXHIBIT I

LAW OFFICES
# ROBERT J. HICKEY
SUITE 700
733 15TH STREET, N.W.
WASHINGTON, D.C. 20005-6008

(202) 737-4370
FAX: (202) 737-4371

June 16, 2000

Ms. Charlene E. Scott
324 Shepherd Street, NW
Washington, DC 20011

Dear Charlene,

    Pursuant to our Agreement, I am enclosing a statement for my legal work on your dispute with the Department of Energy for the month of May 2000. In addition to legal fees, I have included disbursements for this period.

    Per our agreement, your total outstanding balance is now $58,465.54.

                      Sincerely,

                        Robert J. Hickey

Encl.

Ms. Charlene E. Scott
324 Shepherd Street, NW
Washington, DC 20011

Invoice
Suite 700
733 15th Street, N.W.
Washington, D.C. 20005-6008

June 16, 2000

FOR PROFESSIONAL SERVICES RENDERED
May 1, 2000 – May 31, 2000

Re pay and related matters:

| | | |
|---|---|---|
| Fees: | $ | 180.00 |
| Disbursements: | $ | 4.81 |
| Total Fees and Disbursements for May: | $ | 184.81 |
| September 1997 through April 2000 Balance: | | $58,680.73 |
| Less Payments Dated 5/15/00 (200.00) And 6/13/00 (200.00) | - | 400.00 |
| Total Balance Due: | | $58,465.54 |

PLEASE MAKE CHECK PAYABLE TO ROBERT J. HICKEY
AND REMIT YOUR PAYMENT BY MAIL OR BY HAND DELIVERY TO:

Robert J. Hickey
Suite 700
733 15th Street, N.W.
Washington, D.C. 20005-6008

SCO 398

ATTACHMENT
May 2000 STATEMENT
June 16, 2000

| Mo/Day | Hours |
|---|---|
| May 1 | 0.6 |
| May 2 | 0.2 |

| | | |
|---|---|---|
| TOTAL MAY HOURS: | | 0.8 |
| TOTAL MAY FEES: | $ | 180.00 |
| TOTAL MAY DISBURSEMENTS: | $ | 4.81 |
| TOTAL MAY FEES AND DISBURSEMENTS: | $ | 184.81 |

LAW OFFICES
# ROBERT J. HICKEY
SUITE 700
733 15TH STREET, N.W.
WASHINGTON, D.C. 20005-6008

(202) 737-4370
FAX: (202) 737-4371

April 23, 2004

Ms. Charlene E. Scott
324 Shepherd Street, NW
Washington, DC 20011

Dear Charlene,

    Pursuant to our Agreement, I am enclosing my statement for legal work on your dispute with the Department of Energy for the months of January through March 2004. In addition to legal fees, I have included disbursements for this period.

    Your last payment was dated April 16, 2004. Per our agreement, your total outstanding balance is now $128,602.90.

                                            Sincerely,

                                            Robert J. Hickey

Encls.

**SCO 1837**

ATTACHMENT
JANUARY STATEMENT
April 23, 2004

| Mo/Day | Hours |
|---|---|
| Jan. 12 | 1.8 |
| Jan. 14 | 1.6 |
| Jan. 19 | 0.4 |
| Jan. 20 | 0.7 |
| Jan. 21 | 0.7 |
| Jan. 23 | 0.9 |
| Jan. 26 | 3.1 |
| Jan. 27 | 1.9 |
| Jan. 29 | 1.6 |
| Jan. 30 | 0.3 |

TOTAL JANUARY HOURS: 13.00

TOTAL JANUARY FEES: $ 2925.00

TOTAL JANUARY DISBURSEMENTS: $ 67.20

TOTAL JANUARY FEES AND DISBURSEMENTS: $ 2992.20

**SCO 1841**

ATTACHMENT
FEBRUARY STATEMENT
April 23, 2004

| Mo/Day | Hours |
|---|---|
| Feb. 1 | 2.1 |
| Feb. 2 | 4.7 |
| Feb. 3 | 0.8 |
| Feb. 12 | 1.6 |
| Feb. 15 | 3.7 |
| Feb. 17 | 3.4 |
| Feb. 26 | 1.5 |
| Feb. 29 | 2.8 |

TOTAL FEBRUARY HOURS: 20.60

TOTAL FEBRUARY FEES: $ 4635.00

TOTAL FEBRUARY DISBURSEMENTS: $ 92.16

TOTAL FEBRUARY FEES AND DISBURSEMENTS: $ 4727.16

**SCO 1840**

ATTACHMENT
MARCH STATEMENT
April 23, 2004

| Mo/Day | Hours |
|---|---|
| Mar. 1 | 1.6 |
| Mar. 3 | 5.3 |
| Mar. 6 | 2.3 |
| Mar. 8 | 3.4 |
| Mar. 9 | 3.2 |
| Mar. 10 | 2.6 |
| Mar. 23 | 3.4 |
| Mar. 24 | 3.1 |
| Mar. 25 | 0.3 |
| Mar. 26 | 2.1 |
| Mar. 29 | 2.6 |
| Mar. 30 | 1.3 |

| | |
|---|---|
| TOTAL MARCH HOURS: | 31.20 |
| TOTAL MARCH FEES: | $ 7020.00 |
| TOTAL MARCH DISBURSEMENTS: | $ 143.78 |
| TOTAL MARCH FEES AND DISBURSEMENTS: | $ 7163.78 |

**SCO 1839**

Ms. Charlene E. Scott
324 Shepherd Street, NW
Washington, DC 20011

Invoice
Suite 700
733 15th Street, N.W.
Washington, D.C. 20005-6008

April 23, 2004

FOR PROFESSIONAL SERVICES RENDERED
January 1, 2004 – March 31, 2004

Re pay and related matters:

| | |
|---|---|
| Fees: | $ 14,580.00 |
| Disbursements: | $     303.14 |
| Total Fees and Disbursements for January-March 2004: | $ 14,883.14 |
| September 1997 through December 2003 Balance: | $ 114,469.76 |
| Less Payments Dated 4/16/04, 2/4/04 and 1/7/04: | -      750.00 |
| Total: | $ 128,602.90 |

PLEASE MAKE CHECK PAYABLE TO ROBERT J. HICKEY
AND REMIT YOUR PAYMENT BY MAIL OR BY HAND DELIVERY TO:

Robert J. Hickey
Suite 700
733 15th Street, N.W.
Washington, D.C. 20005-6008

**SCO 1838**

LAW OFFICES
ROBERT J. HICKEY
SUITE 700
733 15TH STREET, N.W.
WASHINGTON, D.C. 20005-6008

(202) 737-4370
FAX: (202) 737-4371

October 3, 2005

Ms. Charlene E. Scott
324 Shepherd Street, NW
Washington, DC 20011

Dear Charlene,

  Pursuant to our Agreement, I am enclosing my statement for legal work on your dispute with the Department of Energy for the months of May-September 2005. There were no legal fees or disbursements for this period.

  Per our agreement, your total outstanding balance is now $170,045.86. Your last payment to me was dated September 8, 2005.

        Sincerely,

        *Bob Hickey*

        Robert J. Hickey

Enclosures

Ms. Charlene E. Scott
324 Shepherd Street, NW
Washington, DC 20011

Invoice
Suite 700
733 15th Street, N.W.
Washington, D.C. 20005-6008

October 3, 2005

FOR PROFESSIONAL SERVICES RENDERED
May 1, 2005 – September 30, 2005

Re pay and related matters:

| | |
|---|---|
| Fees: | $ 0 |
| Disbursements: | $ 0 |
| Total Fees and Disbursements for May-Sept. 2005: | $ 0 |
| September 1997 through April 2005 Balance: | $ 171,045.86 |
| Less Payments dated 6/1/05, 6/30/05, 8/5/05 and 9/8/05: | -1,000.00 |
| Total: | $ 170,045.86 |

PLEASE MAKE CHECK PAYABLE TO ROBERT J. HICKEY
AND REMIT YOUR PAYMENT BY MAIL OR BY HAND DELIVERY TO:

Robert J. Hickey
Suite 700
733 15th Street, N.W.
Washington, D.C. 20005-6008

SCO 549