IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. HICKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 07-1866 |
| ) | (JDB) |
| ) | |
| CHARLENE SCOTT, ) | JUDGE: BATES, J. |
| ) | |
| Defendant. ) | |

---

# PLAINTIFF'S NOTICE OF ABSENCE OF WITNESS LEON SWINSON DEFENDANT'S FORMER ATTORNEY

---

Plaintiff Robert J. Hickey (Hickey or Plaintiff) infroms this court of the absence of witness Leon Swinson and attaches his Memorandum.

Respectfully Submitted,

/s/ Robert J. Hickey
Plaintiff, pro se
Robert J. Hickey. Bar No. 42341
Law Office of Robert J. Hickey
1050 17th Street, N.W., Suite 910
Washington, DC 20036
Tel. (202)-659-0536
Fax. (202)-659-0537

IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ROBERT J. HICKEY,                )
                                 )
         Plaintiff,              )
                                 )
    v.                           )    CIVIL ACTION NO. 07-1866
                                 )    (JDB)
                                 )
CHARLENE SCOTT,                  )    JUDGE: BATES, J.
                                 )
         Defendant.              )

_____

# MEMORANDUM IN SUPPORT OF PLAINTIFF'S NOTICE
_____

Plaintiff sets forth the following in support of his Notice

### BACKGROUND

In the instant case, Hickey represented Scott from November 24, 1997 until he received notice of his termination on March 29, 2006. During that time period, Hickey sent Scott invoices setting forth the time and dates worked. This was in conformity with Paragraph 6 of their Agreement and also is enformity with the law, Berliner, Corcoran and Rowe v. Orian, 662 F. Supp 2d 130, 134 (DDC 2009)(Privilege not applicable where it could reveal confidences and the nature of services rendered), Clarke v. American Commerce Bank, 974 F2d 127, 129 (9th Cir. 1982). On September 30, 2005, Hickey was informed that he was successful in winning compensatory damages and legal fees for Scott. As a result, he filed his detailed Petition for Fees, a copy of which was snet, was again did not voice any objections at the time to the Petition. On November 29, 2005, Scott informed Hickey she would not pay his outstanding fees and what was owed by her. She claimed 1) that she had no contract with him; 2) that any contract ended in April 1998; and/or 3) that she was not bound by any contract she signed. From November 29, 2005, Scott had an adverstion relationship with Hickey in the EEOC case. She

continued to refuse to pay the money owed to Hickey. On March 29, 2006, Hickey was informed that he was being terminated and being replaced with her new attorney, Leon Swinson. Swinson continued as her attorney until at least October 10, 2007 (Scott has refused to provide any information on when Swinson ceased to be her attorney). No action was taken on the Fee Petition prior to March 29, 2007. All actions by the EEOC and Scott on Hickey's fees occurred after the March 29, 2006 date. The EEOC decision was issued on May 30, 2007. During this time period, the only attorney[1] representing Scott was Leon Swinson. Thus, he is the only material witness who could corroborate what action Scott took or did not take from March 29, 2006 to January 2008.

Scott has never explained what happened to Mr. Swinson, where he was located. She had produced no affidavit disclaiming lack of knowledge of Mr. Swinson and where he can be located. During discovery, Scott provided no information on what was filed by her or Swinson. In her deposition on April 13, 2011, she claimed he did nothing. When Scott provided her Pre-Trial statement on May 31, 2011, she did not list Mr. Swinson as a witness. Hickey spent the next three weeks trying to locate Leon Swinson. What he discovered was that Mr. Swinson was not practicing at his former office or in DC and Pennsylvania (where he also had been licensed). At the hearing held on June 15, 2006 tr. 28-29, Hickey informed the court he was seeking to question Swinson on what he filed, what he did not file and why, and why he did not challenge Hickey's Fees if they were unreasonable. On Monday June 27, 2011, Hickey requested Defendant's counsel whether he would call Mr. Swinson as a witness or otherwise make him available.

On the same day June 27, 2011, Hickey learned that while Swinson did not have a home phone, he did have a cell by which he could be contacted. As a result Hickey contacted Mr. Swinson on June 28, 2011. Mr. Swinson was agreeable to testifying about representing Scott between March 29, 2006 and

---

[1] At the June 15, 2011 hearing, it became apparent that the court was under mistaken belief that Hickey's relationship with Scott during this period was not adverse.

October 2007. However he asked that he be permitted to testify through an affidavit. Hickey agreed to approach the court about the acceptability of this approach. Here, Swinson could corroborate Scott on what occurred from March 29, 2006 to January 2008 given the circumstances. However, Swinson has never furnished a proposed Affidavit and has avoided several attempts to personally serve him a subpoena.

**Conclusion**

Given the short time before trial it is apparent that Hickey will be unable to produce Swinson as a witness. It is possible that the court compel Mr. Swinson's appearance. If it chooses to do this, his address is 1818 Kalorama Rd, Apt. 43 NW, Washington, DC 20009.

Respectfully Submitted,

/s/ Robert J. Hickey
Plaintiff, pro se
Robert J. Hickey. Bar No. 42341
Law Office of Robert J. Hickey
1050 17th Street, N.W., Suite 910
Washington, DC 20036
Tel. (202)-659-0536
Fax. (202)-659-0537

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing Notice was served electronically via ECF this 3rd day of July 2011 to the following:


Omar Vincent Melehy
Melehy & Associates, LLC
8403 Colerville Road, Suite 610
Silver Spring, MD 20910
Phone (301) 587-6364
Fax (301) 587-6308

Attorney for Defendant

Laura N. Steel
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
700 11th Street, N.W., Suite 400
Washington, DC 20001
Tel. (202) 626-7660
Fax. (202) 628-3606

Attorneys for counter defendant


Leon Swinson (by e-mail)
Swinson233@hotmail.com
1818 Kalorama Rd. Apt. 43, NW
Washington, DC, 20009