# EXHIBIT A



# ALDEN LAW GROUP, PLLC

Kristin D. Alden (DC, MD, VA)
Michelle Bercovici (DC, MD)
Wynter P. Allen (NY)*
*Not Admitted in D.C.

**By Email**

May 6, 2011
Tax ID #13-4304038
Invoice

Omar Vincent Melehy, Esq.
Melehy & Associates LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910

Matter: Deposition in *Hickey v. Scott*, CA No. 07-1866

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/8/2011 | KDA | Review notice of depo. Tel-con with OM. | 0.20 | 360.00 | 72.00 |
| 4/11/2011 | KDA | Review reports. | 1.60 | 360.00 | 576.00 |
| 4/11/2011 | KDA | Review records in response to subpoena duces tecum. Prepare disk for Steel. | 1.60 | 360.00 | 576.00 |
| 4/11/2011 | KDA | Review exhibit 1. | 2.40 | 360.00 | 864.00 |
| 4/12/2011 | KDA | Finalize docs for response to subpoena. | 0.20 | 360.00 | 72.00 |
| 4/12/2011 | KDA | Review exhibit 1. | 0.30 | 360.00 | 108.00 |
| 4/12/2011 | KDA | Review file and review billing slips in prep of depo. | 4.50 | 360.00 | 1,620.00 |
| 4/13/2011 | KDA | Attend deposition. | 3.00 | 360.00 | 1,080.00 |
| 4/18/2011 | KDA | Email to o/c re retrieving file; em to OM re trial schedule. | 0.10 | 360.00 | 36.00 |

total $5,004.00

The Balance Due (see bottom right) is owed within 30 days of receipt. If the Balance Due reflects a negative number, you have a credit balance and you don't need to make a payment now. You can pay your balance in any of the following ways: 1) mail a check; 2) mail/fax the attached credit card authorization; or 3) email to your ALG attorney the information requested on the attached credit card authorization. Thank you for choosing ALG.

Please make payments to Alden Law Group, PLLC.

| | |
|---|---|
| **Invoice Total** | $5,004.00 |
| **Credit Balance Applied** | $ 0.00 |
| **Invoice Balance** | $5,004.00 |
| **Balance Due** | $5004.00 |